# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1891. PAULA G. ROBINSON v. DIANE G. KYLE et al.**

The appellant in this case has failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23 (a), regarding the filing of enumerations of error and a brief within twenty days after the appeal was docketed. See also Court of Appeals Rule 13.

On June 10, 2020, this Court ordered the appellant to file enumerations of error and a brief no later than June 30, 2020. As of the date of this order, the appellant's enumerations of error and brief have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered dismissed. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/15/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*